THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:13-cv-00025-MR-DLH

| | |
|---|---|
| SYNOVUS BANK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>MARC J. BROWNER, )<br>)<br>Defendant. )<br>)<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The trial of this matter is currently scheduled to commence with a jury during the first civil trial term beginning on or after September 22, 2014 in the Bryson City Division. [Doc. 9]. The closure of the Bryson City Division necessitates resetting this matter during a civil trial term in the Asheville Division.

**IT IS, THEREFORE, ORDERED** that the Pretrial Order and Case Management Plan [Doc. 9] is hereby **AMENDED**, and the trial of this matter shall be scheduled to commence with a jury during the first civil trial term beginning on or after **November 10, 2014** in the **Asheville Division**.

**IT IS SO ORDERED.**

Signed: January 15, 2014

Martin Reidinger
United States District Judge